UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.1:25-cv-21458-JEM

**VICTOR ARIZA**,

      Plaintiff,

vs.

**TIFFANY AND COMPANY,
a foreign for-profit corporation**,

      Defendant.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party

to bear his/its own attorney's fees and costs.

Dated: May 27, 2025.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street, Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |

By:   *s/ Roderick V. Hannah*        By:   *s/ Pelayo M. Duran*
     RODERICK V. HANNAH            PELAYO M. DURAN
     Fla. Bar No. 435384               Fla. Bar No. 0146595

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 27th day of May, 2025, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system and sent an e-mail of such filing to:


John Houston Pope, Esq.
EPSTEIN BECKER & GREEN, P.C.
200 Central Avenue, Suite 2200
St. Petersburg, FL  33701
(727) 346-3775
jhpope@ebglaw.com

*Attorneys for Defendant*
*TIFFANY AND COMPANY*

/s/ *Roderick V. Hannah*

Roderick V. Hannah

2